THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BROWN, Appellant. [7 NYS3d 137]—

Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered March 28, 2012, convicting defendant, after a nonjury trial, of criminal possession of stolen property in the fourth degree and unauthorized use of a vehicle in the second degree and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years, unanimously affirmed.

Defendant did not preserve his claim that the prosecutor improperly impeached him by way of his alleged exercise of his right to remain silent, and then improperly commented on such silence during summation, and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. After receiving *Miranda* warnings, and agreeing to provide a statement to the police, defendant made statements that omitted significant exculpatory matter that he included in his trial testimony. Under the circumstances, this was an unnatural omission, and a permissible basis for impeachment (*see People v Savage*, 50 NY2d 673 [1980], *cert denied* 449 US 1016 [1980]; *People v Hightower*, 237 AD2d 166 [1st Dept 1997], *lv denied* 89 NY2d 1094 [1997]; *People v Foy*, 220 AD2d 220 [1st Dept 1995], *lv denied* 87 NY2d 901 [1995]). Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Clark and Kapnick, JJ.